In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00050-CR

                                                ______________________________

 

 

                                 JAMES OWEN SPURLOCK,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 402nd
Judicial District Court

                                                             Wood County, Texas

                                                       Trial Court
No. 19,457-2006 

 

                                                    
                                              

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            James Owen Spurlock was convicted of
aggravated sexual assault of disabled individual Elizabeth Brooke Alfred, and
was sentenced to twenty years’ imprisonment. 
Spurlock has filed a single brief, in which he raises an issue common to
all of his appeals.[1]  He argues that the trial court committed
reversible error in denying his post-conviction motion for DNA testing.

            We addressed this issue in detail in
our opinion of this date on Spurlock’s appeal in cause number
06-11-00049-CR.  For the reasons stated
therein, we likewise conclude that error has not been shown in this case.

            We affirm the trial court’s
judgment.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date
Submitted:          August 22, 2011

Date
Decided:             September 2, 2011

 

Do
Not Publish











[1]Spurlock
appeals from another conviction of aggravated sexual assault of Joy Lauren
Thomas, a disabled individual, in our cause number 06-11-00049-CR.